| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency Warrant Request | **U. S. Probation Office** Eastern District of Michigan | PACTS 30122 | DATE 01/04/2023 |
|---|---|---|---|---|
| **NAME** DEGRATE, Delani Mosi | **OFFICER** Eric S. Olmstead | **JUDGE** Thomas L. Ludington | **DOCKET #** 09-CR-20022-01 | |

| ORIGINAL SENTENCE DATE 03/18/2010 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY VI | TOTAL OFFENSE LEVEL 34 | PHOTO |
|---|---|---|---|---|
| COMMENCED 12/30/2022 | | | | |
| EXPIRATION 12/29/2030 | | | | |

| ASST. U.S. ATTORNEY Roy Kranz | DEFENDANT ATTORNEY To Be Determined |
|---|---|

**REPORT PURPOSE**

**EMERGENCY JUDICIAL RESPONSE REQUESTED**

**ORIGINAL OFFENSE**

Count 1: 21 U.S.C. § 841(a)(1), Possession With Intent to Distribute Crack Cocaine.

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 235 months, to be followed by a 120-month term of supervised release.

Sentence Reduction: August 30, 2019: Order Regarding Motion for Sentence Reduction Under the First Step Act of 2018, custodial sentence was reduced to 199 months, with an eight-year term of supervised release to follow. All other conditions of the original judgment remain in full force and effect.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.
2. The defendant shall provide the probation officer access to any requested financial information.
3. The defendant shall not use or possess alcohol in any consumable form, nor shall the defendant be in the social company of any person whom the defendant knows to be in possession of alcohol or illegal drugs or frequent an establishment where alcohol is served for consumption on the premises, with the exception of restaurants.
4. The defendant shall participate in a program approved by the probation department for substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol, if necessary
5. The defendant shall be lawfully and gainfully employed on a full-time basis, or shall be seeking such lawful, gainful employment on a full-time basis. "Full-time" is defined as 35 hours per week. In the event that the defendant has part-time employment, he shall devote the balance of such 35 hours per week to his efforts of seeking additional employment.

Criminal Monetary Penalty: Special Assessment $100.00 (paid).

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency Warrant Request | **U. S. Probation Office** Eastern District of Michigan | PACTS 30122 | DATE 01/04/2023 |
|---|---|---|---|---|
| **NAME** DEGRATE, Delani Mosi | | **OFFICER** Eric S. Olmstead | **JUDGE** Thomas L. Ludington | **DOCKET #** 09-CR-20022-01 |

The probation officer believes that the offender has violated the following condition of Supervised Release:

[ X ]  New Criminal Charges          [ ]  Violent Conduct

[ ]  Whereabouts Unknown (Absconder)     [ ]  Other

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition**: "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME"<br><br>A traffic stop was conducted by the Michigan State Police on a vehicle driven by DEGRATE on January 3, 2023. The stop occurred in the city of Saginaw, Michigan, and DEGRATE was the lone occupant of the vehicle. DEGRATE consented to a search of his vehicle. A substantial amount of cocaine was located in a blue bag within the engine compartment of the vehicle.<br><br>DEGRATE is currently being held in the Saginaw County Jail, pending arraignment. |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Eric S. Olmstead/tmg 989-894-8827 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Tracy Kosmas 313-234-5272 | **PROBATION ROUTING** Data Entry |

**RECOMMENDING TO THE COURT**

[ X ]   To issue a warrant

### Superseding Violation Report will follow

**THE COURT ORDERS:**

[ X ]   The issuance of a Warrant

[ ]    Others

s/Thomas L. Ludington
United States District Judge

1/4/2023
Date